470 A.2d 1040

Commonwealth v. Green, Appellant.

Petition for Allowance of Appeal
Denied June 13, 1984.

Submitted October 24, 1983. Lee Merdith Herman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.

470 A.2d 1041

Commonwealth v. Hollingsworth, Appellant.

Argued September 27, 1983. Dennis V. Williams, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of the learned Erie County Common Pleas Court Judge Lindley R. McClelland is affirmed.